IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVID HEBERT,

    Plaintiff,

v.

NURSE NITZ, CAPTAIN SPECKHART
AND JOHN DOES,

    Defendants.

ORDER

Case No.  14-cv-372-jdp

    Plaintiff David Hebert a prisoner incarcerated at the Stanley Correctional Institution in Stanley, Wisconsin, has submitted a proposed complaint and he has paid $400 filing fee. Because plaintiff is a prisoner, he is subject to the Prison Litigation Reform Act ("PLRA"), which requires the court to screen the complaint to determine whether any portion is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief from a defendant who is immune from such relief.

    Accordingly, IT IS ORDERED that plaintiff David Hebert's complaint is taken under advisement pursuant to 28 U.S.C. § 1915A.  Plaintiff will be notified promptly when such a decision has been made.  In the meantime, if plaintiff needs to communicate with the court about his case, he should be sure to write the case number shown above on his communication.

    Entered this 23rd day of May, 2014.

    BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge